**Order entered August 10, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-00592-CV

---

### EX PARTE: TIOGA INDEPENDENT SCHOOL DISTRICT AND TIOGA INDEPENDENT SCHOOL DISTRICT PUBLIC FACILITY CORPORATION

---

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-16-0445**

---

## ORDER

We **GRANT** appellant's August 5, 2016 opposed second motion for an extension of time to file a brief and extend the time to **SEPTEMBER 16, 2016**. No further extension will be granted in this accelerated appeal absent extenuating circumstances.


/s/     ELIZABETH LANG-MIERS
            JUSTICE